C-13-16(FTP)
(Rev. 6/04)

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

IN THE MATTER OF:            )           No. B-09-80238  C-13D
Wanda W. Leggett             )
                             )
                             )
    Debtor(s)            )


**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

On September 8, 2011, a hearing was held on Motion by Green Tree Servicing, LLC ("Movant") pursuant to 11 U.S.C. §362 to modify the automatic stay entered in this case to permit the Movant to foreclose upon its lien and security instrument on the Debtor's 1999 Peach State mobile home ("the mobile home"). At the hearing, Edward C. Boltz, Esq. appeared on behalf of the Debtor; Craig S. Haskell, Esq. appeared on behalf of the Movant; and, Richard M. Hutson II, Standing Trustee appeared. The Court, after considering the Motion and having heard and considered the statements of counsel and the Trustee, finds that the interests of the Movant are not adequately protected and that the Motion should be granted in accordance with the terms of this Order; therefore, by and with the consent of the parties, it is ORDERED:

1. The Motion of the Movant for relief from the automatic stay pursuant to 11 U.S.C. §362 is granted.

2. The automatic stay is modified to permit the Movant to repossess the mobile home and foreclose.

3. The Movant shall have 180 days from the entry of this Order within which to amend its allowed unsecured claim for any deficiency realized on the mobile home and failure to amend the unsecured claim within said time will result in the release of the mobile home being in full satisfaction of the secured portion of the claim in favor of the Movant.

4. The stay of this Order under Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is not applicable.

**PARTIES IN INTEREST**
**Page 1 of 1**
**09-80238 C-13D**

Wanda W. Leggett
1602 Chilsom Rd.
Raeford, NC 28376

John T. Orcutt, Esq.
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II
Standing Trustee
PO Box 3613
Durham, NC 27702

Craig S. Haskell, Esq.
5540 Centerview Dr., Ste. 416
Raleigh, NC 27606